# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAY ANTONIO AZCARATE,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02190-RFB-GWF

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 10), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 10) is **GRANTED**. Petitioner will have through April 23, 2018, to file and serve an amended petition for a writ of habeas corpus.

    DATED: January 23, 2018.

                                                          _____
                                                          RICHARD F. BOULWARE, II
                                                          United States District Judge