# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAY ANTONIO AZCARATE,

    Petitioner,

    v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02190-RFB-GWF

**ORDER**

Before the court are petitioner's motion for discovery (ECF No. 19), respondents limited opposition (ECF No. 20), and petitioner's reply (ECF No. 21). Respondents do not oppose petitioner's request for a subpoena to obtain his case file from his prior counsel, William H. Gamage. The court finds that petitioner has shown good cause for a subpoena to the Las Vegas Metropolitan Police Department for the police reports and photographs relating to the arrest of petitioner on August 10, 2004, at 3831 Royal Crest, Las Vegas, Nevada, for the assault or battery of Stacey Jensen, also known as Stacey Cunha.

Also before the court is petitioner's motion for leave to file exhibits under seal (ECF No. 16). The court agrees with petitioner that the pre-sentence investigation report and the two competency evaluations contain confidential information. The court grants the motion.

IT THEREFORE IS ORDERED that that motion for discovery (ECF No. 19) is **GRANTED**. Discovery shall be completed within sixty (60) days from the date on which this

Order is entered.  Petitioner shall have thirty (30) days from the completion of discovery to file and serve any appropriate motion.

IT FURTHER IS ORDERED that petitioner's motion for leave to file exhibits under seal (ECF No. 16) is **GRANTED**.

DATED: October 9, 2018.

                                            RICHARD F. BOULWARE, II
                                            United States District Judge