# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-02190-RFB-GWF<br><br>**ORDER** |

Respondents having filed an unopposed motion to enlarge time (first request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion to enlarge time (first request) (ECF No. 25) is **GRANTED**. Respondents will have through May 23, 2019, to file and serve an answer or other response to the first amended petition (ECF No. 14).

DATED: April 8, 2019.

                                                                                                                                               _____
                                                                                                                                               RICHARD F. BOULWARE, II
                                                                                                                                               United States District Judge