# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE, <br><br> Petitioner, <br><br> v. <br><br> BRIAN WILLIAMS, et al., <br><br> Respondents. | Case No. 2:17-cv-02190-RFB-GWF <br><br> **ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 33), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 33) is **GRANTED**. Petitioner will have through September 3, 2019, to file a response to the motion to dismiss (ECF No. 27).

DATED: July 9, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge