# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-02190-RFB-EJY<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 36), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 36) is **GRANTED**. Petitioner will have through October 24, 2019, to file a response to the motion to dismiss (ECF No. 27).

DATED: September 3, 2019.

                                                RICHARD F. BOULWARE, II
                                                United States District Judge