**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAY ANTONIO AZCARATE, | Case No. 2:17-cv-02190-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 43), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 43) is **GRANTED**. Respondents will have up to and including September 14, 2020 to file and serve an answer.

DATED: July 2, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE