1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

RAY ANTONIO AZCARATE,

Case No. 2:17-cv-02190-RFB-EJY

12

Petitioner,

**ORDER**

13

v.

14

BRIAN WILLIAMS, et al.,

15

Respondents.

16

17

Respondents having filed an unopposed motion for enlargement of time (second request)

18

(ECF No. 46), and good cause appearing;

19

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of

20

time (second request) (ECF No. 46) is **GRANTED**.  Respondents will have up to and including

21

October 14, 2020, to file and serve an answer.

22

DATED: September 14, 2020.

23

_____

24

RICHARD F. BOULWARE, II
United States District Judge

25

26

27

28

1