# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE, | Case No. 2:17-cv-02190-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 48) is **GRANTED**. Respondents will have up to and including November 13, 2020, to file and serve an answer.

DATED: October 14, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge

1