Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*C.B. Kirschner
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
CB_Kirschner@fd.org

*Attorney for Petitioner Ray Antonio Azcarate

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ray Antonio Azcarate,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, et al.,<br><br>　　　　Respondents. | Case No. 2:17-cv-02190-RFB-EJY<br><br>**Unopposed Motion for Extension of Time to File Reply to Answer to First Amended Petition**<br><br>(First Request) |

　　　Petitioner Ray Azcarate, by and through counsel, C.B. Kirschner, Assistant Federal Public Defender, moves this Court for an extension of time of sixty (60) days from December 28, 2020, to and including February 26, 2021, to file the Reply to Respondents' Answer to First Amended Petition.

**POINTS AND AUTHORITIES**

1. On or about November 8, 2007, Ray Antonio Azcarate was sentenced to two, consecutive sentences of life imprisonment without the possibility of parole, following his conviction for murder with use of a deadly weapon. On August 4, 2017, he filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Not Sentenced to Death). ECF No. 1-1.

2. This Court appointed the Office of the Federal Public Defender as counsel for Mr. Azcarate and granted leave for counsel to file an amended petition. ECF No. 6. Counsel filed the First Amended Petition on May 9, 2018. ECF No. 14. Respondents filed an Answer to the Petition on November 13, 2020. ECF No. 50.

3. Petitioner's Reply to the Answer is currently due December 28, 2020. Mr. Azcarate now requests an additional sixty (60) days, up to and including February 26, 2021, to file the Reply. This is the first request for an extension of time.

4. The additional period of time is necessary in order to effectively represent Mr. Azcarate. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

5. Counsel's busy schedule necessitates this request. On November 23, 2020, counsel filed a Third Amended Petition for Writ of Habeas Corpus in *Miller v. Olsen*, case no. 3:19-cv-00673-MMD-WGC. On November 24, 2020, counsel filed an Emergency Motion for Release Pending Decision Due to Risks of Infection by COVID-19 in *Barron-Aguilar v. Olsen*, case no. 3:17-cv-00548-MMD-CLB. Counsel also filed an Opposition to Motion to Dismiss on December 7th, and Rely in Support of Emergency Motion for Release on December 14th in that same case. On November 25, 2020 counsel filed a Petition for Rehearing with the Ninth Circuit in *Tiffany v. LeGrand*, case no. 19-15796. On December 1, 2020, counsel filed a First Amended Petition, and Request for Leave to File Second Amended Petition in *Patterson v.*

*Johnson*, case no. 2:20-cv-01614-JAD-DJA. On December 14, 2020 counsel filed a Reply to Answer to First Amended Petition in *Gonzalas v. Williams*, case no. 2:17-cv-01653-RFB-EJY. And on December 21, 2020 counsel filed a Reply to Answer to First Amended Petition in *Dryden v. Williams*, case no. 2:17-cv-00704-JAD-NJK. Almost all of those deadlines had previously been extended at least once, or were otherwise time sensitive (e.g. the Emergency Motion for Release was based on an outbreak of COVID-19 in the prison where Mr. Barron-Aguilar is currently being held). Counsel also has nearly a dozen other filing deadlines in the next six weeks, including several that cannot be extended (including an AEDPA statutory deadline in early January).

6. Finally, counsel's office will be closed for several days, and counsel will be taking extra time off, for the upcoming holidays.

7. On December 21, 2020, Deputy Attorney Geordan Goebel was contacted via email about this request and stated that he did not object to the extension, but the lack of objection should not be construed as a waiver of any procedural defenses.

8. For the above-stated reasons, Petitioner respectfully requests this Court grant the request for an extension of time of sixty (60) days and order the Reply to Respondents' Answer to First Amended Petition be filed on or before February 26, 2021.

Dated this 21st day of December, 2020.

                              Respectfully submitted,

                              Rene L. Valladares
                              Federal Public Defender

                              */s/ CB Kirschner*
                              C.B. Kirschner
                              Assistant Federal Public Defender


                              IT IS SO ORDERED:

                              _____
                              UNITED STATES MAGISTRATE JUDGE

                              DATED:  December 21, 2020