# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:17-cv-02190-RFB-EJY<br><br>**ORDER** |

　　　Petitioner has filed an unopposed motion for extension of time (second request) (ECF No. 53). The court finds that good cause exists to grant the motion.

　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 53) is **GRANTED**. Petitioner will have up to and including April 27, 2021, to file a reply to the answer (ECF No. 50).

　　　DATED: February 25, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1