# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANTONIO AZCARATE,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-02190-RFB-EJY<br><br>**ORDER** |

This action is a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that various audio recordings have not been included in the record, specifically (1) the victim's 911 call on August 18, 2004, at 9:18 p.m. (which appears to be State's exhibit 1 and 1A) which was played for jury at ECF No. 29-29 at 99; and (2) the eleven phone calls Petitioner Ray Azcarate made from jail between August 11, 2004, and September 12, 2004, to 702-733-0489 (which appears to be State's exhibit 90) which were played for the jury at ECF No. 29-34 at 28–38.

**IT IS THEREFORE ORDERED** that, within 14 days of the date of this order, Respondents shall provide a hard copy of the following audio recordings to the Reno Clerk's Office: (1) the victim's 911 call on August 18, 2004, at 9:18 p.m.; and (2) the eleven phone calls Azcarate made from jail between August 11 and September 12 of 2004 to 702-733-0489.

Dated: December 22, 2022.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT